UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR25-128-RSM |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS |
| v. | |
| ARTURO PEREZ RAMIREZ, | |
| Defendant. | |

This matter comes before the Court on Defendant Arturo Perez Ramirez's Motion to Dismiss, Dkt. #20.

Mr. Ramirez is charged with Unlawful Possession of a Firearm (count 1) and Unlawful Possession of Ammunition (count 2), both based on a 2023 felony conviction in King County Superior Court Case 19-1-01837-9 SEA. Dkt. #1 at 1-2. He moves to dismiss both counts, arguing that 18 U.S.C. §922(g)(1), which prohibits anyone convicted of a felony from possessing firearms or ammunition, violates his Second Amendment rights. Dkt. #20 at 3. Mr. Ramirez cites to *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), but he acknowledges that the Ninth Circuit rejected this argument in *United States v. Duarte*, 137 F.4th 743, 766 (9th Cir. 2025). He states that "[h]e respectfully makes these arguments in order to

preserve them for future review in the Supreme Court." Dkt. #20 at 1.

In *Bruen*, the Supreme Court held that "when the Second Amendment's plain text covers an individual's conduct, the Constitution presumptively protects that conduct." 597 U.S. at 17. Thus, the Government must justify firearms regulations as "consistent with the Nation's historical tradition." *Id*. In *Duarte*, the Ninth Circuit held that §922(g)(1) is not unconstitutional under *Bruen* because the statute is consistent with the United States' historical tradition of firearm regulations to "permanently disarm those who committed the most serious crimes." 137 F.4th at 747. Accordingly, this Court is bound by Ninth Circuit precedent and will deny this Motion.

Having reviewed the instant Motion and remainder of the record, the Court hereby finds and ORDERS that Defendant Ramirez's Motion to Dismiss, Dkt. #20, is DENIED.

DATED this 30th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE